IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEATHER NELSON, Individually and as Personal Representative for the Estate of Jonathan E. Nelson, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON HOLDCO (NA) INC., idividually and successor in interst to Johnson & Johnson subsidiary "Old JJCI"; KENVUE INC., individually and as successor in interest to Johnson & Johnson Consumer Inc.; JANSSEN PHARMACEUTICALS, INC., individually and as successor in interest to Johnson & Johnson subsidiaries named Johnson & Johnson Consumer Inc., both prior to and after its 2021 restructurings and colloquially known as "Old JJCI" and "New JJCI"; LLT MANAGEMENT, LLC, and LTL MANAGEMENT LLC,<br><br>Defendants. | **8:24CV21**<br><br><br><br>**ORDER** |

The court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED that:

1) On or before July 29, 2024, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court.

1

2)     Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3)     All pending motions are denied as moot.

4)     The clerk shall terminate any pretrial and trial settings and any hearings set for this case.

Dated this 28th day of June, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge