IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEATHER NELSON, Individually and as Personal Representative for the Estate of Jonathan E. Nelson, deceased;<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON HOLDCO (NA) INC., individually and successor in interest to Johnson & Johnson subsidiary "Old JJCI"; KENVUE INC., individually and as successor in interest to Johnson & Johnson Consumer Inc.; JANSSEN PHARMACEUTICALS, INC., individually and as successor in interest to Johnson & Johnson subsidiaries named Johnson & Johnson Consumer Inc., both prior to and after its 2021 restructurings and colloquially known as "Old JJCI" and "New JJCI"; LLT MANAGEMENT, LLC, and LTL MANAGEMENT LLC,<br><br>　　　　　　Defendants. | 8:24CV21<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties Joint Stipulation for Dismissal (Filing No. 51). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice, with each party to pay their own costs.

Dated this 13th day of November, 2024.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　Senior United States District Judge